1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT
8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
11  JERRY BAKER,
12          Plaintiff,                    No.  2:13-cv-0172 AC P
13      vs.
14  MARSH, et al.,
15          Defendants.                   ORDER
16  _____/
17          Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action
18  pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or
19  paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the
20  opportunity either to submit the appropriate affidavit in support of a request to proceed in forma
21  pauperis or to submit the appropriate filing fee.
22          In accordance with the above, IT IS HEREBY ORDERED that:
23          1. Plaintiff shall submit, within thirty days from the date of this order, an
24  affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk
25  of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in
26  the dismissal of this action; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 1, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/mp
bake0172.3a