IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY BAKER,

        Plaintiff,                    No. 2:13-cv-0172 WBS AC P

    vs.

MARSH, et al.,

        Defendants.           FINDINGS AND RECOMMENDATIONS

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. 1983. By Order filed on April 10, 2013, plaintiff was directed to show cause within twenty-one days why his in forma pauperis status should not be revoked as barred by the three strikes provision of 28 U.S.C. § 1915(g). ECF No. 10. In the April 10th Order the court identified those cases of plaintiff's that constituted strikes and also determined that plaintiff's First Amendment claim did not meet the "imminent danger of serious physical injury" exception of § 1915g). In a belated half-page response,[1] plaintiff has failed to show cause why his in forma pauperis status should not be revoked. ECF No. 12. Plaintiff argues that his claims were not

---

[1] The response was filed on May 29, 2013, but dated at the bottom, without a proof of service, a month earlier. As the court is considering the response, application of the mailbox rule is not an issue.

1

dismissed as frivolous, that an address change of his had at some point not been recorded properly by a court clerk and that the cases cited were all "against Solano County" and thus should count as only one complaint. Id.  He also asserts that he is indigent.

Plaintiff's contentions are either unsupported by the record or irrelevant.  The undersigned finds plaintiff to be barred from proceeding in this action by the three strikes provision of 28 U.S.C. § 1915(g).  The court will recommend his in forma status be revoked and that he be required to pay the filing fee in full before proceeding.

Accordingly, IT IS RECOMMENDED that, for the reasons set forth herein and in the Order filed on April 10, 2013 (ECF No. 10):

1. Plaintiff's in forma pauperis status be revoked as improvidently granted;

2. Plaintiff be barred from proceeding in this action under the three strikes provision of 28 U.S.C. § 1915(g) and plaintiff be directed to pay the filing fee in full within twenty-eight days of adoption of these findings and recommendations, should that occur; and

3. Absent timely payment of the filing fee, the case be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Courts order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 5, 2013

/s/ Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009 bake0172.rev

2