UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY BAKER,

        Plaintiff,

   v.

MARSH, et al.,

        Defendants.

No. 2:13-cv-0172 WBS AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 5, 2013, are adopted in full; and

2. Plaintiff's in forma pauperis status is revoked as improvidently granted;

1

1    3. Plaintiff is barred from proceeding in this action under the three strikes provision of 28 U.S.C. § 1915(g) and plaintiff is directed to pay the filing fee in full within twenty eight days of the date of this order; and

4. Absent timely payment of the filing fee, this case will be dismissed.

Dated: July 9, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bake0172.800