UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER, | No. 2:13-cv-0172 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MARSH, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  By Order (ECF No. 15), filed on July 10, 2013, this court revoked plaintiff's in forma pauperis status as improvidently granted , barred plaintiff from proceeding in this action pursuant to the three strikes provision of 28 U.S.C.§ 1915(g) and directed plaintiff to pay the filing fee in full within twenty-eight days.  Plaintiff was cautioned that absent timely payment of the filing fee, the case would be dismissed.  The twenty-eight day period has expired and plaintiff has failed to pay the filing fee in full.

    Accordingly, IT IS ORDERED that this action is dismissed and the Clerk shall close this case.

Dated: October 4, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bake0172.ord

1